UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RUFUS J. HAMPTON, III
a/k/a
*Prince Hampton*

VERSUS

BOBBY JINDAL, ET AL

CIVIL ACTION

NO. 11-238-BAJ-CN

## RULING

The Court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated May 9, 2011 (doc. 4). Plaintiff has filed an objection (doc. 5) which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, plaintiff's complaint is hereby dismissed, without prejudice, for failure to pay the Court's filing fee.

Baton Rouge, Louisiana, July 29, 2011.

---

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA